**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------- x
                        :

In re:                       :   Chapter 11

                        :

EHT US1, Inc., *et al.,*       :   Case No. 21-10036 (KBO)

                        :

         Debtors.[1]       :   (Jointly Administered)

                        :

                        :   **Re: Docket Nos. 2425 & 2434**

---------------------------------------------------- x

### FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASES

Upon consideration of the motion (the "<u>Motion</u>")[2] of the Liquidating Trustee for entry of

an order pursuant sections 105(a) and 350 of the Bankruptcy Code, Bankruptcy Rule 3022, and

Local Rule 3022-1 to close the Remaining Cases as of the date of entry of this Order; and the Court

having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C.

§§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to

28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and

it appearing that no other or further notice need be provided; and the relief requested being in the

best interests of the Liquidating Debtors, their estates, and all other parties in interest; and after

due deliberation thereon and good and sufficient cause appearing therefor, it is hereby

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: EHT US1, Inc.(6703); 5151 Wiley Post Way, Salt Lake City, LLC (1455); Eagle Hospitality Real Estate Investment Trust (7734); Eagle Hospitality Trust S1 Pte. Ltd. (7669); Eagle Hospitality Trust S2 Pte. Ltd. (7657); Sky Harbor Atlanta Northeast, LLC (6846); Sky Harbor Denver Tech Center, LLC (8303); UCCONT1, LLC (0463); UCF 1, LLC (6406); UCRDH, LLC (2279); UCHIDH, LLC (6497); Urban Commons 4th Street A, LLC (1768); Urban Commons Anaheim HI, LLC (9915); Urban Commons Bayshore A, LLC (2422); Urban Commons Cordova A, LLC (4152); Urban Commons Danbury A, LLC (4388); Urban Commons Highway 111 A, LLC (4497); and Urban Commons Riverside Blvd., A, LLC (4661). The Debtors' mailing address is 1166 Avenue of the Americas, 15th Floor, New York, NY 10036 c/o Alan Tantleff (solely for purposes of notices and communications).

[2]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

**ORDERED, ADJUDGED, AND DECREED THAT**:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to section 350 of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Bankruptcy Rule 3022-1, and Paragraph 61 of the Confirmation Order, the chapter 11 cases of (i); EHT US1, Inc. (21-10036); (ii) Eagle Hospitality Trust S1 Pte. Ltd. (Case No. 21-10037); (iii) Eagle Hospitality Trust S2 Pte. Ltd. (Case No. 21-10038); (iv) UCCONT1, LLC (Case No. 21-10041); (v) UCF 1, LLC (21-10042); (vi) UCHIDH, LLC (21-10043); (vii) UCRDH, LLC (21-10044); (viii) Urban Commons 4th Street A, LLC (21-10045); (ix) Urban Commons Anaheim HI, LLC (21-10046); (x) Urban Commons Bayshore A, LLC (21-10047); (xi) Urban Commons Cordova A, LLC (21-10048); (xii) Urban Commons Danbury A, LLC (21-10049); (xiii) Urban Commons Highway 111 A, LLC (21-10050); (xiv) Urban Commons Riverside Blvd., A, LLC (21-10052); (xv) Sky Harbor Atlanta Northeast, LLC (21-10060); (xvi) 5151 Wiley Post Way Salt Lake City LLC (21-10061); (xvii) Sky Harbor Denver Tech Center, LLC (21-10062); and (xiii) Eagle Hospitality Real Estate Investment Trust (Case No. 21-10120), are hereby closed and a final decree is granted effective as of the date of the entry of this Order; provided, however, that this Court shall retain jurisdiction with respect to such cases in accordance with Article XIII of the Plan.

3.      To the extent not already paid, any court fees and all fees required under 28 U.S.C. § 1930(a)(6) owing in the above-captioned chapter 11 cases shall be paid within 30 days of the date of the entry of this Order.  In addition, any post-confirmation reports due the U.S. Trustee shall be filed within 30 days of the date of the entry of this Order.

4.      Pursuant to Local Rule 2002-1(f), except as otherwise set forth in this paragraph, the Claims Agent is relieved of any further obligations with respect to claims and noticing services effective immediately upon entry of this Order and Final Decree.  In accordance with Local Rule

63827/0001-44443161v3

2002-1(f)(ix), within twenty-eight days after the entry of this Order and Final Decree, the Claims Agent shall: (i) forward to the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Clerk") an electronic version of all imaged claims; (ii) upload the creditor mailing list into CM/ECF subject to the terms of the Redaction Order; and (iii) docket a combined final claims register in the lead case of EHT US1, Inc. (21-10036-KBO).

5.      The Claims Agent shall be paid all its invoice for services provided to the Debtors and/or the Liquidating Trustee (as the case may be), as the claims and noticing agent in these chapter 11 cases in accordance with the terms of the order authorizing the Claims Agent's employment in that capacity [Docket No. 50], including but not limited to any post termination services provided by the Claims Agent pursuant to Local Bankruptcy Rule 2002-1(f).

6.      Entry of this Order is without prejudice to the rights of any party, including the Office of the United States Trustee, to reopen the Remaining Cases for cause.

7.      The Clerk of the Court shall enter this Order on the docket of each of the Remaining Cases, and thereafter such dockets shall be marked as "Closed."

8.      Notwithstanding any stay that might be applicable to this Order shall be effective and enforceable immediately upon entry hereof.

9.      The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.

**Dated: March 23rd, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

3

63827/0001-44443161v3